An unpublished order shall not be regarded as precedent and shall not be cited as legal authority. SCR 123.

IN THE SUPREME COURT OF THE STATE OF NEVADA

WILLIAM CARL MISIEWICZ,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK,
Respondent,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 62559

FILED

MAR 14 2013

TRACIE K. LINDEMAN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## ORDER DENYING PETITION

This is a proper person petition for a writ of mandamus. Petitioner claims that he was denied the right to a direct appeal and is therefore entitled to be released from custody. We have reviewed the documents submitted in this matter, and without deciding upon the merits of any claims raised therein, we decline to exercise original jurisdiction in this matter. NRS 34.160; NRS 34.170. Appellant has raised the same underlying issue in at least two other original filings in this court. See Misiewicz v. District Court, Docket No. 62362 (Order Denying Petition, February 13, 2013); Misiewicz v. District Court, Docket No. 62502 (Order Denying Petition, February 13, 2013). Appellant is cautioned that statutory credits may be forfeited if he files frivolous documents in a civil action. NRS 209.451. To the extent petitioner is concerned that the district court has not ruled on some matters, we are confident that the

13-07761

district court will resolve all pending matters as expeditiously as its calendar permits. Accordingly, we

ORDER the petition DENIED.

_____, J.
Gibbons

_____, J.
Douglas

_____, J.
Saitta

cc:    Hon. Doug Smith, District Judge
       William Carl Misiewicz
       Attorney General/Carson City
       Clark County District Attorney
       Eighth District Court Clerk